ACCEPTED
15-25-00093-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/6/2025 9:24 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00093-CV**

# In the Court of Appeals
# for the Fifteenth Judicial District

---

### The State of Texas,

*Appellant*,

*v.*

### City of San Antonio; Ron Nirenberg, in his official capacity as Mayor of the City of San Antonio; Erik Walsh, in his official capacity as City Manager of the City of San Antonio,

*Appellees.*

---

On Appeal from the
407th Judicial District Court, Bexar County

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

---

In accordance with Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellant the State of Texas files this motion for extension of time to file Appellant's opening brief. Appellant's opening brief is currently due on August 20, 2025. Appellant requests a 30-day extension of this deadline, up to and including September 19, 2025. This is Appellant's first request for an extension for this filing and it is unopposed.

# I.

The requested 30-day extension is necessary due to Appellant's counsel's multiple engagements that have required and will require significant attention. Some examples include:

- Assisting in emergency proceedings in *Institutional Shareholder Services, Inc. v. Paxton*, 1:25-cv-01160 (W.D. Tex.);

- Assisting in emergency proceedings in *Sophia Myers et al. v. Stephen F. Austin State University*, 9:25-cv-00187 (E.D. Tex.); and

- Mandamus and stay proceedings in *In re Texas Department of Family and Protective Services*, 25-0663 (Tex.).

An extension of time will allow Appellant's counsel to prepare a thorough opening brief that will be helpful to the Court in assessing the case's merits. This unopposed extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this extension is granted.

## II.

For these reasons, Appellant requests that the Court grant its unopposed motion for a 30-day extension of time to file its opening brief, resulting in a new deadline of September 19, 2025.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

WILLIAM R. PETERSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ Nathaniel A. Plemons
NATHANIEL A. PLEMONS
Assistant Solicitor General
State Bar No. 24121059
Nathaniel.Plemons@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for Appellant

## CERTIFICATE OF CONFERENCE

I certify that on August 5, 2025, I conferred with Kennon Wooten, counsel for Appellees, by email, who informed me that Appellees do not oppose the extension sought through this motion.

/s/ Nathaniel A. Plemons
NATHANIEL A. PLEMONS

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Nathaniel Plemons
Bar No. 24121059
nancy.villarreal@oag.texas.gov
Envelope ID: 104026491
Filing Code Description: Motion
Filing Description: 20250805 SA Abortion Travel MET Opening Br_FINAL
Status as of 8/6/2025 9:33 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon Wooten | 24046624 | kwooten@scottdoug.com | 8/6/2025 9:24:42 AM | SENT |
| Deborah Klein | 11556750 | Deborah.Klein@sanantonio.gov | 8/6/2025 9:24:42 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 8/6/2025 9:24:42 AM | SENT |
| Lauren Ditty | 24116290 | lditty@scottdoug.com | 8/6/2025 9:24:42 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 8/6/2025 9:24:42 AM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 8/6/2025 9:24:42 AM | SENT |
| Carla Matheson | | cmatheson@scottdoug.com | 8/6/2025 9:24:42 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/6/2025 9:24:42 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Amy Hilton | 24097834 | Amy.Hilton@oag.texas.gov | 8/6/2025 9:24:42 AM | SENT |
| Katherine Pitcher | 24143894 | katherine.pitcher@oag.texas.gov | 8/6/2025 9:24:42 AM | SENT |
| Nathaniel Plemons | | nathaniel.plemons@oag.texas.gov | 8/6/2025 9:24:42 AM | SENT |